FILED '10 MAY 03 12:00 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TRAN DANG MINH,                )
                               )
            Petitioner,        )
                               )  Civil No. 07-465-TC
                               )
      v.                       )
                               )  ORDER
GUY HALL,                      )
                               )
            Respondent.        )

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on March 25, 2010, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc.,

1   - ORDER

656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Petitioner has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed March 25, 2010, in its entirety. Petitioner's habeas claim is denied and this proceeding is dismissed with prejudice.

IT IS SO ORDERED.

DATED this \_\_\_3rd\_\_\_ day of \_\_\_May_____, 2010.

_____
UNITED STATES DISTRICT JUDGE

2. - ORDER